# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV 17-4773 JLS (JCG) | Date | March 22, 2018 |
|---|---|---|---|
| Title | *Derrick Monzel Wright v. Omar F. Covarrubias, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Attorneys Present for Defendants:

None Appearing  None Appearing

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On June 28, 2017, Plaintiff filed a civil rights complaint. On January 12, 2018, the Court dismissed the complaint with leave to file an amended complaint. [Dkt. No. 5.]

To date, Plaintiff has not filed an amended complaint as ordered. A district court is authorized to dismiss an action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order[.]" Fed. R. Civ. P. 41(b). The court may dismiss a case under Rule 41(b) *sua sponte*. *Link v. Wabash R. Co.*, 370 U.S. 626, 630, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991).

Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files his First Amended Complaint within **fourteen (14) days** of the date of this Order, he need not separately respond to this Order to Show Cause.

**Plaintiff is cautioned that his failure to timely file a response will be deemed by the Court as further evidence of his failure to comply with the Court's orders and rules, and his failure to prosecute this action, which may result in a recommendation to the District Judge that the action be dismissed on that basis.**

**IT IS SO ORDERED.**

cc: Parties of Record

|  | 00 : 00 |
|---|---|
| Initials of Clerk | kh |