1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12

DERRICK MONZEL WRIGHT,

           Plaintiff

13

v.

14

OMAR F. COVARRUBIAS, et al.,

15

           Defendants.

Case No. 2:17-cv-04773-JLS (GJS)

**JUDGMENT**

16
17

     Pursuant to the Court's Order Dismissing Action Without Prejudice,

18
19

     IT IS ADJUDGED that the above-captioned case is dismissed without

20

prejudice.

21
22
23

DATED: May 7, 2018.

24
25

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

26
27
28